UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MOHAMMAD "MOE" DIAB and )<br>RANI EL-SAADI, )<br>)<br>Defendant. )<br>_____) | CRIMINAL NO. 1:19-cr-00374 (RDM) |

### JOINT LIST OF INDIVIDUALS WHO MAY BE MENTIONED DURING TRIAL

Pursuant to this Court's instructions at the January 10, 2022 pretrial conference, the parties jointly provide the following names of individuals who will be at counsels' tables or who may be witnesses or mentioned during trial. For the purposes of this filing, the list below includes only those names provided by the United States and by counsel for Defendant Rani El-Saadi. The list below is subject to change if Defendant Mohammad Diab were to be jointly tried with Defendant El-Saadi.

**Counsel for United States**

1. Victor Salgado
2. Michelle Parikh
3. Tanya Senanayake

**Counsel for Defendant Rani El-Saadi**

1. Justin Shur
2. Megan Cunniff Church
3. Kenneth Notter

**Individuals Who May Be Witnesses and/or Mentioned at Trial**

1. Rachael Bingham
2. Roy Boulos

3. Charles Burke

4. Dennis Cheng

5. Rudy Dekermenjian

6. Wael El-Saadi

7. FBI S/A Michael Evans

8. Iancu "John" Gusita

9. Diane Hamwi

10. Michael Hartsock

11. Stevan Hill

12. Chad Rivard (DNC)

13. Telly Kanakis

14. FBI S/A Brandon Merriman

15. Samir Rizk

16. Sarah Robinson (RNC)

17. Stephanie Smith

18. Thayne Whipple

19. Ahmad "Andy" Khawaja

20. George Nader

21. Mohammad "Moe" Diab

22. Allied Wallet, Inc.

23. GS Investment, Limited

24. LAX Express Travel, LLC

25. E-Payment Solutions

26. Goodlife Solutions

27. Anastasia Stoliarova

28. Charlotte Hill

29. Sheryl Whipple

30. Betty Boulos

31. John Thorpe

32. Jean Marc Eljwaidi

33. Ryan Mazen Alali

34. Joe Kiani

35. Huma Abedin

36. John Podesta

37. Robby Mook

38. Marc Elias

39. Priorities USA Action

40. Taryn Vogel

41. Nate Shutman

42. Ronna McDaniel

43. Elliott Broidy

44. Charlie Kirk

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

                Victor R. Salgado
                Senior Litigation Counsel
                D.C. Bar No. 975013
                Public Integrity Section
                Criminal Division
                U.S. Department of Justice

By:   */s/ Tanya Senanayake*
        **Tanya D. Senanayake**
        Trial Attorney
        D.C. Bar 1006218
        **Michelle K. Parikh**
        Trial Attorney
        D.C. Bar No. 1044532
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

Dated:  January 14, 2022                                 */s/ Tanya Senanayake*
                                                                                     Tanya Senanayake
                                                                                     Public Integrity Section
                                                                                     Criminal Division
                                                                                     U.S. Department of Justice