UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**                                                    Case No. 19-cr-374 (RDM)

**RANI EL-SAADI,**

**Defendant.**

## JURY VERDICT FORM

### WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### COUNT 13

As to the charge that the Defendant Rani El-Saadi conspired with others to commit the specific offenses of (1) knowingly and willfully making campaign contributions in the name of another person or permitting one's name to be used to effect such contributions; (2) knowingly and willfully causing the submission of material false, fictitious, or fraudulent statements or representations in a matter within the jurisdiction of the Federal Election Commission; or (3) with the intent to impede, obstruct, or influence, and in relation to or contemplation of, the investigation or proper administration of matters within the jurisdiction of the Federal Election Commission, knowingly causing the concealment, covering up, falsifying, or making of false entries in records, documents, or tangible objects, in violation of 18 U.S.C. § 371, we find the Defendant Rani El-Saadi:

_____ Guilty          \_\_\_\_X\_\_\_\_ Not Guilty

If you find the Defendant Rani El-Saadi not guilty of Count 13, you must proceed to Count 18. If you find the Defendant Rani El-Saadi guilty beyond a reasonable doubt of Count 13, what specific offense or offenses do you find to have been the object or objects of the conspiracy? (select one or more).

1. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly and willfully making contributions in the name of another person, which contributions aggregated $25,000 or more in a calendar year?

   Yes: _____          No: _____

2. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly and willfully permitting one's name to be used to effect contributions in the name of another person, which contributions aggregated $25,000 or more in a calendar year?

   Yes: _____   No: _____

3. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly and willfully causing the submission of material false, fictitious, or fraudulent statements or representations in a matter within the jurisdiction of the Federal Election Commission?

   Yes: _____   No: _____

4. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly causing the concealment, covering up, falsifying, or making of false entries in records, documents, and tangible objects, with the intent to impede, obstruct, or influence, and in relation to or contemplation of, the investigation or proper administration of matters within the jurisdiction of the Federal Election Commission?

   Yes: _____   No: _____

## COUNT 18

As to the charge that the Defendant Rani El-Saadi knowingly and willfully permitted his name to be used to effect a contribution of another person to a political committee, to wit, the Hillary Victory Fund and the Democratic National Committee, which contribution aggregated $25,000 or more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, we find the Defendant, Rani El-Saadi:

_____ Guilty       __X_____ Not Guilty

If you find the Defendant Rani El-Saadi not guilty of Count 18, you must proceed to the end of this Form. If you find the Defendant, Rani El-Saadi, guilty beyond a reasonable doubt of Count 18, answer the following question.

Special Finding on Venue:

1. Do you find by a preponderance of the evidence that the crime of knowingly and willfully permitting one's name to be used to effect a contribution of another person was begun, continued, or completed in the District of Columbia?

   Yes: _____   No: _____

BY: _____            _____
       FOREPERSON                              JUROR NUMBER